IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HEATH ZACHARY,** : | **CIVIL ACTION NO. 1:20-CV-2164** |
| Petitioner : | (Judge Conner) |
| v. : | |
| **DISTRICT ATTORNEY** : | |
| **OF DAUPHIN COUNTY,** *et al.*, : | |
| Respondents : | |

# ORDER

AND NOW, this 27th day of September, 2022, upon consideration of the amended petition (Doc. 11) for writ of habeas corpus, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The amended petition (Doc. 11) for writ of habeas corpus is DENIED with prejudice.

2. A certificate of appealability shall not issue.

3. Petitioner's motion for spoliation sanctions (Doc. 20) is DENIED as moot.

4. The Clerk of Court is DIRECTED to close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania